IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES GHALIB, | No. 4:25-CV-00463 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LYCOMING COLLEGE and CHOICE CARPET CLEANERS, | |
| Defendants. | |

# ORDER

### SEPTEMBER 23, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss is otherwise **DENIED**;

2. Lycoming College shall **ANSWER** the Plaintiff's first amended complaint within fourteen (14) days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge